UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| NATIONAL WRECKING CORPORATION, | * |
| Plaintiff/Counter-Defendant, | * |
| v. | *   Civil Action No. |
| | *   1:07-cv-00404-LMB-TCB |
| TURNER CONSTRUCTION COMPANY | * |
| Defendant/Counter-Plaintiff | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NATIONAL WRECKING CORPORATION'S MOTION TO STRIKE THE EXPERT REPORTS FILED BY TURNER CONSTRUCTION COMPANY

Plaintiff and Counter-Defendant National Wrecking Corporation ("National"), by and through counsel, respectfully submits this Motion to Strike the Expert Reports filed by Defendant and Counter-Plaintiff Turner Construction Company ("Turner").

The grounds for this Motion are set forth in the attached Memorandum of Points and Authorities which is incorporated herein by this reference.

Respectfully submitted,

NATIONAL WRECKING CORPORATION
By Counsel

_____/s/_____
Stephen M. Seeger (VSB # 40548)
Seth A. Robbins (VSB # 45807)
Michael C. Zisa (admitted *pro hac vice*)
Attorneys for National Wrecking Corporation
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C. 20007
Phone: (202) 822-8838
Fax:    (202) 822-6982
Email: Sseeger@quagseeg.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion to Strike was hand-delivered, on September 7, 2007, to:

> Jeffrey Mitchell Hummel, Esq.
> Z. Taylor Shultz, Esq.
> Attorneys for Turner Construction Company
> Seyfarth Shaw, LLP
> 815 Connecticut Ave NW – Suite 500
> Washington, DC 20006
> Phone: (202) 463-2400
> Fax: (202) 828-5393
> E-mail: jhummel@seyfarth.com

>                     /s/
> Stephen M. Seeger (VSB # 40548)
> Seth A. Robbins (VSB # 45807)
> Michael C. Zisa (admitted *pro hac vice*)
> Attorneys for National Wrecking Corporation
> Quagliano & Seeger, P.C.
> 2620 P Street, N.W.
> Washington, D.C. 20007
> Phone: (202) 822-8838
> Fax:   (202) 822-6982
> Email: Sseeger@quagseeg.com