CIVIL ACTION NO. 1:07CV404     JUDGE: Brinkema
                               DATE: 9-20-07

National Wrecking Corp.    vs.    Turner Construction Co.

START TIME: 9:15
END TIME: 9:20

APPEARANCES: Counsel for:  Plaintiff (✓)   Defendant (✓)   Pro Se ( )

## FINAL PRETRIAL CONFERENCE

( ) Case set for trial by JURY on _____

(✓) Case set for trial by **COURT** on 11-26-07 AT 9:00 A.M.

( ) Plaintiff's Witness List filed

( ) Plaintiff's Exhibit List filed

( ) Dft's Witness List filed

( ) Dft's Exhibit List filed

Objections to exhibits to be filed within _____ days.

Trial Estimate: 5 days

PLA'S MTN TO STRIKE DFT'S COUNTERCLAIM EXPERT - DENIED
COURT TO ISSUE ORDER.
MOTION HRG 9.21.07 IS Canceled.