IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NATIONAL WRECKING CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:07cv404 (LMB/TCB) |
| ) | |
| TURNER CONSTRUCTION COMPANY, ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that plaintiff's Motion to Strike the Expert Reports Filed by Turner Construction Company be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 20 day of September, 2007.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia